980

No. 78–880. LOCAL UNION No. 373, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, & ORNAMENTAL IRONWORKERS, AFL–CIO, ET AL. v. MUNDY ET AL. Super. Ct. N. J. Certiorari denied.

No. 78–1124. COLEMAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–1130. DE BORJA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–1133. CHOUR v. FERRO, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL.; and DER-RONG CHOUR v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. Reported below: 591 F. 2d 1329 (first case); 578 F. 2d 464 (second case).

No. 78–1134. RAINONE ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–1138. BARKER ET AL. v. COMMODITY FUTURES TRADING COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 78–1142. REAMER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–1145. CONAWAY v. ALEXANDER, SECRETARY OF THE ARMY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1146. RAVEN v. PANAMA CANAL COMPANY/CANAL ZONE GOVERNMENT. C. A. 5th Cir. Certiorari denied.

No. 78–1153. ANGUS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–1158. SHIPP ET AL. v. MEMPHIS AREA OFFICE, DEPARTMENT OF EMPLOYMENT SECURITY OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.